**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **CHRISTINA F. HODGE,** | § § § § § | |
| **Plaintiff,** | § | |
| **v.** | § § | **Case No. 6:18-CV-538-JDK-KNM** |
| **LUFKIN INDEPENDENT SCHOOL DISTRICT,** | § § § | |
| **Defendant.** | § § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

This case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to

28 U.S.C. § 636. On October 7, 2019, the Magistrate Judge issued a Report and Recommendation

(Docket No. 38), recommending that Defendant's Motion for Summary Judgment (Docket No.

29) be granted because Plaintiff did not show a genuine issue of material fact on her race

discrimination and retaliation claims. *Id.* at 11. United States Postal Service tracking indicates

certified mail delivery of the Report and Recommendation to Plaintiff on October 30, 2019

(Docket No. 41).

This Court reviews the findings and conclusions of the Magistrate Judge *de novo* only if a

party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C.

§ 636(b)(1). In conducting a *de novo* review, the Court examines the entire record and makes an

independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430

(5th Cir. 1996) (*en banc*), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1)

(extending the time to file objections from ten to fourteen days). Here, Plaintiff did not file

objections. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse

of discretion and reviews her legal conclusions to determine whether they are contrary to law. *See*

*United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and Recommendation, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. The Court therefore adopts the Report and Recommendation of the United States Magistrate Judge (Docket No. 38) as the findings of this Court.

Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation (Docket No. 38) is **ADOPTED** and that Defendant's Motion for Summary Judgment (Docket No. 29) is **GRANTED**. This civil action is **DISMISSED WITH PREJUDICE**. All pending motions are **DENIED** as **MOOT**.

So **ORDERED** and **SIGNED** this **18th** day of **November, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE